

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2018

No. 04-18-00293-CV

**ALLSTATE INSURANCE COMPANY**,
Appellant

v.

Daniel Wes **IRWIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03490
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The reporter's records were due June 4, 2018. Court reporter Kristin Anderson filed her motion of the reporter's record on June 5, 2018, and after receiving a Rule 37.3 notice from this court, court reporter Erminia Uviedo filed her portion on August 14, 2018. The only court reporter listed in appellant's docketing statement was court reporter Mary Helen Vargas, but she advised this court she took no portion of the record. Upon investigation by this court, we determine court reporter Decline Benavides transcribed the remaining portion of the record, but had failed to file it in this court. Accordingly, August 31, 2018, we notified Ms. Benavides that her portion of the reporter's record was late. The court reporter responded to our notice by filing a notification of late record, stating that the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

We therefore **ORDER** appellant to provide written proof to this court on or before **September 17, 2018** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due **October 5, 2018**, and the court will only consider those issues or points raised in appellant's brief that require the portions of the reporter's record previously filed for a decision. *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporter Decline Benavides

_____
Marialyn Barnard, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court